| | AUSA: Susan Fairchild | Telephone: (313) 226-9577 |
|---|---|---|
| Officer: ☑ Elizabeth Posler | | Telephone: (313) 798-3024 |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

## Eastern District of Michigan

| United States of America | |
|---|---|
| v. | |
| Jose Angel SALAZAR-ESPINOZA, | Case: 2:26−mj−30190 |
| | Assigned To : Unassigned |
| | Assign. Date : 4/10/2026 |
| | Description: CMP USA v |
| | Salazar−Espinoza (SH) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 31, 2026_____ in the county of _____Oakland_____ in the
_____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Elizabeth Posler, Deportation Officer, ICE ERO
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____April 10, 2026_____

City and state:  Detroit, MI

Hon. Anthony P. Patti, U.S. Magistrate Judge
Printed name and title

<u>Affidavit</u>

I, Elizabeth Posler, declared the following under penalty of perjury:

1.      I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE) of the United States Department of Homeland Security (DHS), having served with ICE as a Deportation Officer since December 13, 2025.

2.      The information set forth below is for the limited purpose of establishing probable cause. Therefore, this affidavit does not necessarily contain all the information collected during my investigation.

3.      The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers and record checks of law enforcement databases.  I have also reviewed relevant immigration records relating to Jose SALAZAR-ESPINOZA, which reveal the following:

4.      SALAZAR-ESPINOZA is a thirty-five-year-old citizen and native of Mexico who last entered the United States on an unknown date, at an unknown place, without inspection by the U.S. Department of Homeland Security.

5.      On or about April 16, 2013, the United States Border Patrol encountered SALAZAR-ESPINOZA near Rio Grande Valley, TX. SALAZAR-ESPINOZA was given a Voluntary Return.

6.      On or about July 25, 2017, SALAZAR-ESPINOZA was encountered by the United States Border Patrol, for the second time, near Pontiac, MI. After confirming that he had previously accepted a voluntary return to Mexico, U.S. Border Patrol processed SALAZAR-ESPINOZA as an Expedited Removal and a Stipulated Removal was entered on or about July 28, 2017. SALAZAR-ESPINOZA was removed from the United States on August 22, 2017, out of the Alexandria, Louisiana port of entry.

7.      Just two years later, on or about March 01, 2019, SALAZAR-ESPINOZA was encountered by the United States Border Patrol near Comstock, Texas. Border Patrol processed SALAZAR-ESPINOZA as a reinstatement of prior order of removal.  On March 03, 2019, SALAZAR-ESPINOZA was removed from the United States through Del Rio, Texas, International Bridge Port of Entry.

1

8. On or about June 10, 2024, SALAZAR-ESPINOZA was encountered by the United States Border Patrol, near the Rio Grande Valley, Texas. Border Patrol processed SALAZAR-ESPINOZA as a reinstatement of prior order of removal. On June 13, 2024, SALAZAR-ESPINOZA was removed from the United States through the Harlingen, Texas Port of Entry.

9. Approximately three months later, on or about September 04, 2024, SALAZAR-ESPINOZA was encountered by the United States Border Patrol near Eagle Pass, Texas. Border Patrol processed SALAZAR-ESPINOZA as a reinstatement of prior order of removal. On September 05, 2024, SALAZAR-ESPINOZA was removed from the United States out of Eagle Pass, Texas.

10. On or about March 31, 2026, SALAZAR-ESPINOZA was arrested by Immigration and Customs Enforcement, Enforcement and Removal Operations officers in Pontiac, Michigan during a vehicle stop. Officers positively identified SALAZAR-ESPINOZA as the passenger of the vehicle. After determining that he was in the United States illegally, officers detained SALAZAR-ESPINOZA and transported him to the Detroit Field Office for processing.

11. After confirming that SALAZAR-ESPINOZA had previously been removed from the United States, his prior order of removal was reinstated.

12. The aforementioned arrest and subsequent detention was administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225,1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who are reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

13. Review of the alien file (A# XXX XXX 375) for SALAZAR-ESPINOZA, and queries in U.S. Border Patrol computer databases confirm no record exists of SALAZAR-ESPINOZA obtaining the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto following his removal on September 05, 2024.

14. Based on the above information, I believe there is probable cause to conclude that Jose SALAZAR-ESPINOZA, is an alien who was found in the United States after removal, without obtaining express permission from the

2

Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States, in violation of Title 8 U.S.C. § 1326(a).

_____
Elizabeth Posler, Deportation Officer
Immigration and Customs Enforcement

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____

Hon. Anthony P. Patti
United States Magistrate Judge

April 10, 2026

3